UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GUY HOPKINS,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 1:10-cv-00471-BLW<br><br>**ORDER** |

The Court has before it the Parties' Stipulation for Dismissal With Prejudice (Dkt. 15). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The Parties' Stipulation for Dismissal With Prejudice (Dkt. 15) is **GRANTED**, and this case shall be **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

DATED: **November 28, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1